IN the INTEREST OF: T.S.A., a Minor

**655 EDA 2017**

Superior Court of Pennsylvania.

08/02/2017

CP–51–AP–0000664–2016
CP–51–DP–0000879–2015
(Philadelphia)

Affirmed

COM.

v.

**ASCENZI, M.**

**1346 MDA 2016**

Superior Court of Pennsylvania.

08/02/2017

CP–40–SA–0000158–2016
(Luzerne)

Affirmed

COM.

v.

**HARDING, J.**

**1373 MDA 2016**

Superior Court of Pennsylvania.

08/02/2017

CP–67–CR–0007614–2013
(York)

Remanded Jurisdiction Retained

IN RE: Invol. Term. of Parental Rights to: L.A.W.

**1580 MDA 2016**

Superior Court of Pennsylvania.

08/02/2017

36–2016–0045
(Lancaster)

Affirmed